UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISIDRO OCAMPO-CAYETANO,<br>Defendant. | CASE NO. 2:26-cr-00169-LK<br><br>ORDER DENYING MOTION TO WAIVE FULL PRESENTENCE INVESTIGATION AND REPORT AND TO EXPEDITE SENTENCING |

This matter comes before the Court on Defendant Isidro Ocampo-Cayetano's Motion to Waive Full Presentence Investigation and Report and to Expedite Sentencing. Dkt. No. 19. For the reasons stated herein, the Court denies the motion.

Ocampo-Cayetano "requests that the Court decline to require a full presentence investigation (PSI) and presentence report (PSR) in this case pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A) and USSG §6A1.1(a)(2)." *Id.* at 1. Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and Section 6A1.1(a)(2) of the Sentencing Guidelines require that the probation officer conduct a presentence investigation and submit a report to the Court before it imposes a

sentence unless "the [C]ourt finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the [C]ourt explains its finding on the record." Fed. R. Crim. P. 32(c)(1)(A)(ii); U.S. Sent'g Guidelines Manual § 6A1.1(a)(2). Here, having reviewed the record, the Court finds that the existing record would not enable the Court to meaningfully exercise its sentencing authority. Particularly, the Court finds that, given Ocampo-Cayetano's many years in this country and long criminal history, *see* Dkt. No. 5 at 2–5, the Court would benefit from a fulsome report and recommendation from Probation.

Accordingly, the Court DENIES Ocampo-Cayetano's motion to waive a full presentence investigation and report and to expedite sentencing, Dkt. No. 19.

Dated this 30th day of September, 2026.

Lauren King
United States District Judge